[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11993

_____

D. C. Docket No. 97-11441-CV-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 2, 2006
THOMAS K. KAHN
CLERK

SANDY ALTRICHTER,
JANELL CRUMLEY BLACK,
DARLENE DAVIS,
LOIS HAZMILTON,
ROSE MARIE HODGES,
GLORIA JONES, on behalf of themselves and all
others similarly situated,

Plaintiffs-Appellees,

versus

INAMED CORPORATION,

Defendant-Appellant,

MCGHAN MEDICAL CORP.,
CUI CORPORATION,
DONALD MCGHAN,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 2, 2006)**

Before BLACK, HULL and FARRIS[*], Circuit Judges.

PER CURIAM:

After review and oral argument, this Court concludes that the Appellant has not shown reversible error in the narrow result reached in the district court's order of 22 August 2003, as substantially limited, in effect, by its order of 16 March 2005. Because the district court's orders, read together, limit the purpose for which the information in the documents at issue may be used at this time and permit plaintiffs to petition the district court further "as the need arises," we need not at this time address the full scope of the Settlement Class Counsel's access rights or whether Settlement Class Counsel would be entitled to documents for other purposes.

**AFFIRMED.**

---

[*]Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.